**Ernest HICKS, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
May 16, 1952.

C. A. Noble, Hazard, for movant.

J. D. Buckman, Jr., Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Perry Circuit Court. Judgment of conviction for selling beer to a minor. $100 fine. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied. Judgment affirmed.